### CASEY & BARNETT, LLC
ATTORNEYS AT LAW
305 Broadway, Ste 1202
New York, New York 10010

MARTIN F. CASEY*
GREGORY G. BARNETT**
CHRISTOPHER M. SCHIERLOH
JAMES P. KRAUZLIS*

Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

NEW JERSEY OFFICE
*Casey & Barnett, LLP*
*154 South Livingston Avenue, Ste 106*
*Livingston, NJ 07039*

*   Admitted in NY and NJ
**  Admitted in NY, NJ, La and OH

mfc@caseybarnett.com
Direct: 646-362-8919

March 17, 2021

Honorable Katherine P. Failla
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



      Re:    *Wolfes & von Etzberg Assecuranzbureau OHG et al. v. APL Pte Ltd*
             20 cv 10499 (KPF)

Dear Honorable Judge Failla:

    We represent Plaintiff in the above referenced matter. We write to request a 30 day adjournment of the initial scheduling conference from March 25, 2021 to a date in late April 2021 that is convenient for the Court.

    The attorneys for the parties have been engaged in discussions on the merits of the claims and defenses each has in the matter and are hopeful that these discussions will lead to a resolution of the matter without the need for any further Court intervention.

                                    Respectfully submitted,
                                    **CASEY & BARNETT, LLC**
                                    *Attorneys for Plaintiff*

                                    Martin F. Casey

cc:    Freehill Hogan & Mahar LLP
        80 Pine Street
        New York, New York 10005
        Attn: Cody King, Esq. (king@freehill.com)
        Attn: Michael Fernandez, Esq (fernandez@freehill.com)
        *Attorneys for Defendant*

Application GRANTED.  The initial pretrial conference scheduled for March 25, 2021, is hereby ADJOURNED to April 29, 2021, at 2:00 p.m. The parties' joint letter and proposed Case Management Plan and Scheduling Order will be due on or before April 22, 2021.

Dated:     March 18, 2021                SO ORDERED.
           New York, New York

                                         HON. KATHERINE POLK FAILLA
                                         UNITED STATES DISTRICT JUDGE